Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
Dominic R. Valerian (SBN 240001)
dvalerian@gallo-law.com
GALLO LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Phone: 415.257.8800

George S. Louis (SBN 54001)
gslouis@gslouis.com
Attorney at Law
1573 Kimberly Woods Dr.
El Cajon, CA 92020
Phone: 619.401.9876

Attorneys for Plaintiffs and all
others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS BROOKS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | Case No.   15-cv-02098-JSW<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**<br><br>Hon. Jeffrey S. White<br><br>Action Filed:  May 8, 2015<br>Trial Date:     None Set |

Plaintiffs Thomas Brooks, John Conrad, Gloria Kent, Eileen Kolkey, Richard Kolkey, Raymond Lee, Richard Parcel, Jeffrey Sobel, and Byram Williams (collectively, "Plaintiffs"), Defendant California State Board of Equalization (the "Board"), and Defendant Costco Wholesale Corporation ("Costco"), by and through their respective counsel, hereby stipulate as follows, pursuant to Rule 6-2 of the Civil Local Rules of the United States District Court for the Northern District of California:

A. The Board and Costco each filed a motion to dismiss Plaintiffs' Complaint for Damages and Injunctive Relief ("Complaint") on July 6, 2015, such that Plaintiffs' responses to the motions to dismiss are due by July 20, 2015 and Defendants' replies are due by July 27, 2015. The motions are set for hearing on September 4, 2015 at 9:00 A.M.

B. To have sufficient time to fully brief the issues raised by Defendants' motions to dismiss, Plaintiffs have proposed, and Defendants have agreed, to extend the briefing schedule for the motions to dismiss as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Responses due** | 7/20/2015 | 8/3/2015 |
| **Replies due** | 7/27/2015 | 8/17/2015 |
| **Hearing** | 9/4/2015 | 9/4/2015 |

NOW, THEREFORE, PLAINTIFFS, COSTCO, AND THE BOARD STIPULATE THAT:

1. Plaintiffs' responses to Defendants' motions to dismiss the Complaint shall be due by August 3, 2015.

2. Defendants' replies shall be due by August 17, 2015.

3. The hearing on Defendants' motions to dismiss shall remain set for September 4, 2015.

RESPECTFULLY SUBMITTED:

| | | |
|---|---|---|
| Dated: July 10, 2015 | GALLO LLP | |
| | GEORGE S. LOUIS | |
| | By: | /s/ Dominic R. Valerian |
| | | DOMINIC R. VALERIAN |
| | Attorneys for Plaintiffs | |
| Dated: July 10, 2015 | MORRISON & FOERSTER LLP | |
| | By: | /s/ David F. McDowell |
| | | DAVID F. MCDOWELL |
| | Attorneys for Defendant | |
| | COSTCO WHOLESALE CORPORATION | |
| Dated: July 10, 2015 | KAMALA D. HARRIS | |
| | Attorney General of California | |
| | DIANE S. SHAW | |
| | Supervising Deputy Attorney General | |
| | By: | /s/ Nhan T. Vu |
| | | NHAN T. VU |
| | Deputy Attorney General | |
| | *Attorneys for Defendant* | |
| | *California State Board of Equalization* | |

Defendants' replies shall be filed by no later than August 14, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** AS MODIFIED.

Dated: July 16, 2015

/s/ Jeffrey S. White

HON. JEFFREY S. WHITE
United States District Court